AO 121 (6/90)

| TO: Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. SACV07-0488 JVS (ANx) | Western Division - Spring Street Courthouse |
| DATE FILED May 1, 2007 | 312 N. Spring Street, Los Angeles, CA 90012 |
| PLAINTIFF Ordo Templi Orients | DEFENDANT Focus Features, LLC |

FILED 2007 MAY -2 AM 10: 26 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  TX-4-971-490 | The Book of Thoth | Aleister Crowley & Freida Harris (ill.) |
| 2  TXu-160-963 | The Book of Thoth | Aleister Crowley & Freida Harris (ill.) |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☒ No | DATE RENDERED DOCKETED ON CM 4-22-08 MAY 19 2007 |
|---|---|---|
| CLERK SHERRI R. CARTER | (BY) DEPUTY CLERK L. WAGERS | DATE 8-25-08 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-488-AG(ANx) | Date | April 22, 2008 |
|---|---|---|---|
| Title | ORDO TEMPLI ORIENTIS v FOCUS FEATURES LLC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   [IN CHAMBERS] ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

On April 21, 2008, counsel filed a "Joint Notice of Settlement." The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown by May 23, 2008, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by May 23, 2008. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

.

_____ : 0

Initials of Preparer   lmb

Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: 323.931.3777
Facsimile: 323.931.3366
law@harrisandruble.com
dzelenski@harrisandruble.com

Attorneys for Plaintiff

Louis P. Petrich (SBN 038161)
Daniel M. Mayeda (SBN 108543)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067
Telephone: 310.277-3333
Facsimile: 310.277-7444
lpetrich@lpsla.com
dmayeda@lpsla.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORDO TEMPLI ORIENTIS,<br><br>               Plaintiff,<br><br>v.<br><br>FOCUS FEATURES LLC and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. SACV 07-0488-AG (ANx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>*Assigned to Hon. Andrew Guilford*<br><br>Courtroom 10D |

The Parties hereby advise the Court that, with the assistance of the mediation procedures established by the Hon. Magistrate Judge Arthur Nakazato, the parties have achieved settlement of this matter. The Parties anticipate completion of the required documentation within two weeks, at which time this case may be dismissed.

DATED: April 17, 2008          HARRIS & RUBLE

/s/
Alan Harris
*Attorneys for Plaintiff*

DATED: April 17, 2008          LEOPOLD, PETRICH & SMITH, P.C.

/s/
Daniel M. Mayeda
*Attorneys for Defendant*

## PROOF OF SERVICE

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On April 21, 2008, I served the within document(s): **JOINT NOTICE OF SETTLEMENT**.

I caused such to be delivered by hand in person to:

    N/A

I caused such to be delivered by e-mail or fax to:

    N/A

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

    N/A

I caused such to be delivered via the Court's CM/ECF System to:

    Louis P. Petrich
    lpetrich@lpsla.com

    Daniel M. Mayeda
    dmayeda@lpsla.com

I declare under penalty of perjury that the above is true and correct. Executed on April 21, 2008, at Los Angeles, California.

                                        /s/
                                  David Zelenski